UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff

v.

$200,000,000 IN UNITED STATES CURRENCY SURRENDERED BY ALIBABA GROUP HOLDING LIMITED, ALIBABA.COM SINGAPORE E-COMMERCE PTE. LIMITED, ALIEXPRESS E-COMMERCE ONE PTE. LTD., AND ALIBABA.COM U.S. LLC;

AND

$190,000,000 IN UNITED STATES CURRENCY SURRENDERED BY AUS MERCHANT SERVICES, INC.,

Defendants *in Rem*.

Civil Action No. 1:26-cv-559

**ARREST WARRANT *IN REM***
**(PROPERTY IN THE CUSTODY OF THE UNITED STATES)**

To: The United States Department of Justice, the United States Marshals Service or any other duly authorized agent, officer or employee of the United States:

WHEREAS a Verified Complaint for Forfeiture *in Rem* (the "Complaint"), was filed in the United States District Court for the District of Rhode Island on or about August 12, 2026, by the United States of America against the following Defendants *in Rem*:

a. $200,000,000 in United States Currency surrendered by Alibaba Group Holding Limited, Alibaba.com Singapore E-Commerce Pte. Limited, AliExpress E-Commerce One Pte. Ltd., and Alibaba.com U.S. LLC; and

b. $190,000,000 in United States Currency surrendered by AUS Merchant Services, Inc.

WHEREAS, Defendants *in Rem* are currently in the possession, custody or control of the United States;

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant-in-rem for Defendants *in Rem*;

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the arrest warrant *in rem* must be delivered to a person or organization authorized to execute it who may be a Marshal or any other United States officer or employee, someone under contract with the United States or someone specially appointed by the Court for that purpose.

NOW THEREFORE, YOU ARE HEREBY COMMANDED to arrest, seize, take, attach, retain and maintain possession of, Defendants *in Rem* in your custody until further order of this Court, by serving a copy of this warrant on the custodian in whose possession, custody or control of Defendants *in Rem* is presently found, and to use whatever means may be appropriate to protect and maintain the Defendants *in Rem* in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and manner employed.

Dated: ____________________

Clerk of the Court
United States District Court

By: ____________________________
Clerk of Court