**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

United States of America
Plaintiff,
v.

Case No.:
1:26−cv−00559−MSM−RLA

$200,000,000 in United States Currency Surrendered by Alibaba Group Holding Limited, Alibaba.com Singapore E−Commerce Pte. Limited, AliExpress E−Commerce One Pte. Ltd., and Alibaba.com U.S. LLC, et al.
Defendant.

## ENTRY OF DEFAULT

Upon consideration of the application for entry of default, default is hereby entered against $190,000,000 in United States Currency surrendered By AUS Merchant Services, Inc., $200,000,000 in United States Currency Surrendered by Alibaba Group Holding Limited, Alibaba.com Singapore E−Commerce Pte. Limited, AliExpress E−Commerce One Pte. Ltd., and Alibaba.com U.S. LLC in accordance with Fed. R. Civ. P. 55(a) and L.R. Cv 55(a).

October 16, 2026

By the Court:

/s/ Hanorah Tyer−Witek, Clerk of Court