UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff

v.

$200,000,000 IN UNITED STATES CURRENCY SURRENDERED BY ALIBABA GROUP HOLDING LIMITED, ALIBABA.COM SINGAPORE E-COMMERCE PTE. LIMITED, ALIEXPRESS E-COMMERCE ONE PTE. LTD., AND ALIBABA.COM U.S. LLC;

AND

$190,000,000 IN UNITED STATES CURRENCY SURRENDERED BY AUS MERCHANT SERVICES, INC.,

Defendants *in Rem*.

Civil Action No. 1:26-cv-559

**UNITED STATES' MOTION FOR DEFAULT JUDGMENT AND ENTRY OF A FINAL ORDER OF FORFEITURE**

Plaintiff, the United States of America, through its undersigned counsel, respectfully moves for Default Judgment and entry of a Final Order of Forfeiture against $200,000,000 in U.S. Currency surrendered by Alibaba Group Holding Limited, Alibaba.com Singapore E-Commerce Pte. Limited, AliExpress E-Commerce One Pte. Ltd., and Alibaba.com U.S. LLC (hereinafter, "Alibaba"); and $190,000,000 in U.S. Currency surrendered by AUS Merchant Services, Inc. (hereinafter, "AUS") (collectively, the "Defendant Properties"), pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, in the form of the proposed order submitted herewith. In support of its motion, the United States represents as follows:

On August 12, 2026, the Government filed a Verified Complaint for Forfeiture *in*

*Rem* (the "Complaint") seeking forfeiture of the Defendant Properties pursuant to 18 U.S.C. § 981(a)(1)(C). The Complaint alleges that the Defendant Properties constitute or are derived from the proceeds of smuggling, in violation of 18 U.S.C. § 545. *See* Complaint (Docket No. 1). In support of its Complaint, the United States attached statements of fact stipulated by Alibaba and AUS. *See* Alibaba Statement of Facts (Docket No. 1-1); AUS Statement of Facts (Docket No. 1-4).

1. The only potential claimants known to the United States who reasonably appear to have claims to the Defendant Properties are Alibaba and AUS. *See* Alibaba NPA (Docket No. 1-1); AUS NPA (Docket No. 1-3). However, Alibaba and AUS surrendered the Defendant Properties as part of Non-Prosecution Agreements executed on June 29, 2026. *See* Alibaba NPA; AUS NPA. Under those agreements, Alibaba and AUS consented to the forfeiture of the Defendant Properties. Alibaba NPA, at 7; AUS NPA, at 6. In doing so, they expressly waived "all requirements pertaining to forfeiture set forth in Title 18, United States Code, Section 983, including the filing of a civil forfeiture complaint as to [the Defendant Properties] and notice of the same." Alibaba NPA, at 7; AUS NPA, at 6. Alibaba and AUS consented "to entry of an order of forfeiture directed to" the Defendant Properties. Alibaba NPA, at 7; AUS NPA, at 6.

2. Notice of this forfeiture action as to the Defendant Properties was also published on an official government forfeiture website, www.forfeiture.gov, for at least thirty (30) consecutive days, beginning on August 15, 2026, and ending on September 13, 2026, in accordance with Rule G(4)(a)(iv)(C) of the Supplemental Rules. *See* Declaration of Publication (Docket No. 5). The notice advised all potential third parties of their right

to petition the Court within 60 days of the first date of publication, for adjudication of the validity of any alleged legal interest in the Defendant Properties. *See id.* The third-party deadline for filing a claim was October 14, 2026. *See id.*

3. No person or entity has filed either a claim or an answer to the Complaint, or has otherwise appeared in this regard, and the time to do so has expired. Third parties are now barred from establishing any interest. The United States, therefore, per the rules and procedures set forth under Rule G, is now entitled to forfeit the Defendant Properties.

4. Upon information and belief, no person or entity thought to have an interest in the Defendant Properties is an infant, incompetent, or presently engaged in military service.

5. On October 16, 2026, the Clerk of Court entered a Clerk's Entry of Default against the Defendant Properties. *See* Entry of Default (Docket No. 7).

WHEREFORE, the United States requests Default Judgment and the entry of the Final Order of Forfeiture submitted herewith.

Dated: October 17, 2026

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

TODD BLANCHE
Attorney General

CHARLES C. CALENDA
First Assistant United States Attorney

/s/ Dulce Donovan
Dulce Donovan
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5001 (Fax)
dulce.donovan@usdoj.gov

/s/ Colin W. Trundle
Colin W. Trundle
Trial Attorney
U.S. Department of Justice
Enforcement & Affirmative Litigation Branch
450 5th Street, NW, Suite 6400-S
Washington, DC 20044-0386
(202) 742-7112
(202) 616-8962 (Fax)
colin.trundle@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2026, I caused to be electronically filed the above United States' Motion for Default Judgment and Entry of a Final Order of Forfeiture with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. All parties of record have received electronic notice. The following additional parties will also be served:

Alibaba Group Holding Limited
Alibaba.com Singapore E-Commerce Pte. Limited
AliExpress E-Commerce One Pte. Ltd.
Alibaba.com U.S. LLC
c/o Samuel G. Williamson, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
2601 South Bayshore Dr., Ste. 1550
Miami, FL 33133

AUS Merchant Services, Inc.
c/o Sharon Cohen Levin, Esq.
Sullivan & Cromwell LLP
125 Broad St
New York, NY 10004

/s/ Colin W. Trundle
COLIN W. TRUNDLE