UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br>v.<br><br>$200,000,000 IN UNITED STATES CURRENCY SURRENDERED BY ALIBABA GROUP HOLDING LIMITED, ALIBABA.COM SINGAPORE E-COMMERCE PTE. LIMITED, ALIEXPRESS E-COMMERCE ONE PTE. LTD., AND ALIBABA.COM U.S. LLC;<br><br>AND<br><br>$190,000,000 IN UNITED STATES CURRENCY SURRENDERED BY AUS MERCHANT SERVICES, INC.,<br><br>Defendants *in Rem*. | Civil Action No. 1:26-cv-559 |

**DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE**

Plaintiff, the United States of America, pursuant to Rule 55 of the Federal Rules of Civil Procedure, has moved for a Default Judgment and Final Order of Forfeiture forfeiting the above Defendant Properties to the United States.

WHEREAS, on August 12, 2026, the Government filed a Verified Complaint for Forfeiture *in Rem* seeking forfeiture of the Defendant Properties, pursuant to 18 U.S.C. § 981(a)(1)(C) because they constitute or are derived from the proceeds of smuggling, in violation of 18 U.S.C. § 545;

AND WHEREAS, the only potential claimants known to the United States, namely Alibaba Group Holding Limited, Alibaba.com Singapore E-Commerce Pte. Limited, AliExpress E-Commerce One Pte. Ltd., and Alibaba.com U.S. LLC (collectively,

"Alibaba"), and AUS Merchant Services, Inc. ("AUS"), executed Non-Prosecution Agreements on June 29, 2026, consenting to forfeiture of the Defendant Properties and expressly waiving the notice and filing requirements of 18 U.S.C. § 983;

AND WHEREAS, notice of this civil forfeiture action against the Defendant Properties as required by Supplemental Rule G(4) was published for 30 consecutive days on the official government forfeiture website, commencing on August 15, 2026, and continuing through September 13, 2026, advising all third parties of their right to petition the Court within 60 days of the first date of publication, for adjudication of the validity of their alleged legal interest in the Defendant Properties;

AND WHEREAS, on October 16, 2026, the Clerk of Court entered a Clerk's Entry of Default against the Defendant Properties;

AND WHEREAS, upon information and belief, no person or entity thought to have an interest in the Defendant Properties is an infant, incompetent, or presently engaged in military service;

AND WHEREAS, the United States has now moved for Default Judgment and Final Order of Forfeiture, and this Court is of the opinion that the Motion of the United States for Default Judgment should be granted as to any and all persons who may claim to have an interest in the Defendant Properties. Further, the Court finds that the United States has established in its Complaint that there is probable cause to believe that the Defendant Properties constitute or are derived from the proceeds of smuggling, in violation of 18 U.S.C. § 545, and therefore, a Final Order of Forfeiture should be entered;

AND WHEREAS, the Motion of the United States for Default Judgment and

Final Order of Forfeiture is hereby GRANTED;

Therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1. Default Judgment is ordered as to any and all parties or entities, with respect to any interest they may have in the Defendant Properties;

2. that the Defendant Properties are hereby forfeited to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), and all right, title, and interest in the Defendant Properties is hereby vested in the United States;

3. that the United States shall dispose of the Defendant Properties according to law; and

4. that the Clerk of this Court shall provide the United States with three certified copies of Default Judgment and Final Order of Forfeiture.

DATED:

BY ORDER:

____________________________

MARY S. MCELROY
District Court Judge